## SUPREME COURT — APPELLATE DIVISION — FIRST DEPARTMENT.

### June 6, 1924.

## THE .PEOPLE EX REL. GEORGE MOREHOUSE v. JOSEPH E. McCANN, WARDEN OF THE NEW YORK COUNTY PENITENTIARY.

### (209 App. Div. 523.)

See headnote in People ex rel. Hannon v. Warden of Pen., N. Y. Co. (ante, p. 377).

APPEAL by the petitioner, George Morehouse, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 10th day of March, 1923, dismissing a writ of habeas corpus and remanding the petitioner to the custody of the New York County Penitentiary.

*Francis X. Dineen,* for appellant.

*Joab H. Banton, District Attorney (Michael J. Driscoll, Deputy Assistant District Attorney,* of counsel), for the respondent.

SMITH, J.:

The relator had been sentenced to the county penitentiary, had been paroled and was rearrested by order of the Parole Commission to serve out the remainder of his sentence. No charges were served upon him and he was not given an opportunity to be heard before the Parole Commission.

For the reasons given in People ex rel. Hannon v. Warden

of Pen., N. Y. Co. (209 App. Div. 521), decided herewith, the order should be affirmed.

CLARKE, P. J., DOWLING, McAVOY and MARTIN, JJ., concur.

Ordered affirmed.